IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cr3097 |
| | ) | |
| v. | ) | |
| | ) | |
| DAMIEN D. BROWN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Clerk's Office has requested that Document Number 20 be stricken from the record for the following reason(s):

• Incorrect/Incomplete PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 20 from the record. The party is directed to re-file the document.

DATED this 8th day of November, 2005.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge