IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  4:05CR3097 |
| ) | |
| DAMIEN BROWN, ) | |
| ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Disposition Hearing, filing 50, now set for May 1, 2009, at 4:00 p.m. until a date certain in approximately six weeks.  The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing scheduled in this case shall be continued until June 17, 2009 at 1:00 p.m. The defendant is ordered to appear at such time.

Dated this 30th day of April, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge