IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:05CR3097 |
| DAMIEN BROWN, ) | |
| Defendant. ) | |

### **ORDER**

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Disposition Hearing, filing 55, now set for July 23, 2009, at 12:00 noon, until a date certain in approximately 30 days. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing scheduled in this case shall be continued until the 27th day of August, 2009, at 1:00 p.m. The defendant is ordered to appear at such time.

Dated this 14th day of July, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge