IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:05CR3097 |
| ) | |
| DAMIEN BROWN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Disposition Hearing, filing 70, now set for September 23, 2010, at 12:30 p.m. until a date certain in approximately two months. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing scheduled in this case shall be continued until the 23rd day of November, 2010, at 1:00 p.m. The Defendant is ordered to appear at such time.

Dated this 21st day of September, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge