IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DAMIEN BROWN, )<br>)<br>Defendant. ) | Case No. 4:05CR3097 |

**ORDER**

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Disposition Hearing, filing 72, now set for November 23, 2010, at 1:00 p.m. until a date certain in approximately two months. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing scheduled in this case shall be continued until the 19th day of January, 2011, at 12:30 p.m. The Defendant is ordered to appear at such time.

Dated November 10, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge