IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3097 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DAMIEN D. BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant Brown's dispositional hearing is rescheduled to Wednesday, January 26, 2011, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

Dated November 10, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge