IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:05CR3097 |
| | ) | |
| V. | ) | |
| | ) | |
| DAMIEN D. BROWN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

On the court's own motion, and to accommodate a change in the undersigned's schedule,

IT IS ORDERED that Defendant Brown's revocation hearing is rescheduled to Wednesday, February 2, 2011, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

DATED this 6th day of January, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge