IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:05CR3097 |
| ) | |
| DAMIEN BROWN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Disposition Hearing, filing 77, now set for February 2, 2011, at 12:00 noon until a date certain in approximately two months. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the disposition hearing scheduled in this case shall be continued until the 5th day of April, 2011, at 12:30 p.m. The Defendant is ordered to appear at such time.

Dated this 31st day of January, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge